1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| DERRICK HALL,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMTRUST INSURANCE COMPANY;<br>SECURITY NATIONAL INSURANCE<br>COMPANY; DOES I through X; and ROE<br>CORPORATIONS I through X,<br><br>                    Defendants. | CASE NO.:  2:21-cv-01577-RFB-DJA<br><br>**ORDER TO VACATE TRIAL TO<br>ALLOW FOR PRIVATE BINDING<br>ARBITRATION** |

11
12
13
14
15
16
17

IT IS HEREBY STIPULATED by and between Plaintiff DERRICK HALL, by and

18

through his attorney of record Anthony Ashby, Esq., of Ladah Law Firm, and Defendants

19

AMTRUST INSURANCE COMPANY and SECURITY NATIONAL INSURANCE

20

COMPANY, by and through their attorneys of record, Paul A. Acker, Esq., and Matthew B.

21

Beckstead, Esq., of the law firm Resnick & Louis, P.C., (collectively, "Parties") as follows:

22

WHEREAS,

23

    1.  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with

24

        the judge's consent." Fed. R. Civ. P. 16(b)(4);

25

    2.  The Parties aver that they will be taking this matter to binding, private arbitration

26

        in lieu of a jury trial in this action;

27

    3.  The Parties aver that they are seeking this Court's order vacating trial and trial-

28

        related dates, deadlines, and settings to facilitate their attendance to, and

        resolution of

1    Plaintiff's claims at, binding, private arbitration;

2    4.   The Parties hereby stipulate and agree that they seek this Court's order vacating trial

3        in a good-faith effort to resolve this case without costing this Court and the Parties

4        the extensive time and resources associated with a jury trial, and the Parties hereby

5        stipulate and agree that their hereby expressed desire and intent to attend binding,

6        private arbitration constitutes good cause for vacating the trial under Rule 16(b), as

7        vacating the trial will spare Court and the Parties from expending such time and

8        resources;

9    5.   The Parties hereby stipulate and agree to file an Interim Status Report to the Court

10       within 120 days of entry of this Order, advising the Court on the general status of

11       private, binding arbitration, *e.g.*, whether and when the Parties attended private

12       arbitration and when the Court should expect the Parties to submit a Stipulation and

13       Order of Dismissal.

14       Accordingly, the Parties stipulate to VACATING the Jury Trial set for November 6,

15   2023, at 8:30 a.m., and all other deadlines and settings contained in the Court's Minute Orders

16   dated September 22, 2023 [ECF No. 24], and September 25, 2023 [ECF No. 25], and the Court's

17   formal order entered on September 25, 2023 [ECF No. 27].

18   Dated this __4th__ day of October 2023        Dated this __4th__ day of October 2023

19   **RESNICK & LOUIS, P.C.**                     **LADAH LAW FIRM**

20

21   ────────────────────────                      /s/ Anthony Ashby
     PAUL A. ACKER, ESQ.                           ────────────────────────
22   Nevada Bar No. 3670                           ANTHONY ASHBY, ESQ.
     MATTHEW B. BECKSTEAD, ESQ.                    Nevada Bar No. 4911
23   Nevada Bar No. 14168                          517 S. Third Street
     *Attorneys for Defendants,*                   Las Vegas, NV 89101
24   *AmTrust Ins. Co. & Security Nat'l Ins. Co.*  litigation@ladahlaw.com
                                                   (702) 252-0055
25
                                                   *Attorney for Plaintiff,*
26   **IT IS SO ORDERED.**                         *Derrick Hall*

27

28   DATE: October 11, 2023
                                                   

     ────────────────────────
     **RICHARD F. BOULWARE, II**
     **UNITED STATES DISTRICT JUDGE**

2